# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3037
_____

United States of America,

*Plaintiff - Appellee*,

v.

Henry Lee Williams, Jr.,

*Defendant - Appellant*.

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted:  December 31, 2014
Filed: January 29, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Henry Williams, Jr., directly appeals after the district court[1] revoked his supervised release and sentenced him within the Chapter 7 advisory Guidelines range

_____

[1]The Honorable James Moody, Jr., United States District Judge for the Eastern District of Arkansas.

to 11 months in prison and an additional 1 year of supervised release. Williams's counsel has moved to withdraw and has filed a brief arguing that Williams's sentence is substantively unreasonable. Williams has not filed a pro se brief.

Upon careful review, we conclude that the district court did not impose an unreasonable revocation sentence. *See United States v. Growden*, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam) (describing appellate review of revocation sentences); *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range).

Accordingly, we affirm the judgment of the district court. We also grant counsel's motion for leave to withdraw.

_____